## UNITED STATES DISTRICT COURT
### District of Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>CONNOR P. KIMBRELL | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br>For Offenses Committed On or After November 1, 1987<br>(Original Judgment filed 03/12/2001)<br>Case Number: 3:00-CR-00143-JKS<br>Hugh Fleischer<br>　　　Defendant's Attorney |

Defendant's probation officer filed a petition on 08/02/2005 & 08/08/2005 accusing defendant of 5 violations of the conditions of supervision provided in the original judgment. Defendant Admitted Allegations 1 & 2 of the Petition to Revoke Supervised Release and court found Probable Cause as to Allegation 4 of the Petition and Allegation 5 of the Supplemental Petition to Revoke Supervised Release. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Mandatory | DWI | 07/31/2005 | C |
| 2 | Standard | Use of Alcohol | 06/25/2005 | C |
| 4 | Standard | False Statements | 06/25/2005 | C |
| 5 | Mandatory | Controlled Substance | 08/04/2005 | A |

The court concludes that the conditions of supervision set forth in the court's original judgment are subject to revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 3 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

MAY 8, 2006
Date of Disposition Hearing

**REDACTED SIGNATURE**
Signature of Judicial Officer
JAMES K. SINGLETON, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

5/11/06
Date

AO245.REV

Defendant: CONNOR P. KIMBRELL         Amended Judgment--Page _2_ of _3_
Case No.:  3:00-CR-00143-JKS

**IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION**

Defendant's supervised release having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 21 Months, with no Term of Supervision to Follow.

[x]  The court makes the following recommendations to the Bureau of Prisons:
Court STRONGLY recommends that the defendant serve his time at the facility located in Sheridan, Oregon
Court STRONGLY recommends that the defendant participate in the 500 hour Drug Treatment Program.

[X]  The defendant is remanded to the custody of the United States Marshal.

[_]  The defendant shall surrender to the United States Marshal for this district,
                           a.m.
       [_] at _____ p.m. on _____.
[_]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
       [_] before 2 p.m. on _____.
       [_] as notified by the United States Marshal.
       [_] as notified by the probation office.

**RETURN**

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at
_____, with a certified copy of this judgment.

                                   _____
                                   United States Marshal

                              By  _____
                                   Deputy Marshal

AO245.REV

Defendant: CONNOR P. KIMBRELL  Amended Judgment--Page _3_ of _3_
Case No.: _3:00-CR-00143-JKS_

**PROBATION/SUPERVISED RELEASE (MODIFIED)**

Defendant's supervised release is Revoked with no term of supervision to follow.

The term of supervision is not [_] is[_] extended as follows:

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV