RECEIVED
AUG 0 3 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT
District of Alaska

UNITED STATES OF AMERICA,

vs.

CONNOR P. KIMBRELL

AMENDED JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or
Supervised Release)
For Offenses Committed On or After
November 1, 1987
(Original Judgment filed 03/12/2001)
Case Number: 3:00-CR-00143-JKS
Hugh Fleischer
Defendant's Attorney

Defendant's probation officer filed a petition on 08/02/2005 & 08/08/2005 accusing defendant of 5 violations of the conditions of supervision provided in the original judgment. Defendant Admitted Allegations 1 & 2 of the Petition to Revoke Supervised Release and court found Probable Cause as to Allegation 4 of the Petition and Allegation 5 of the Supplemental Petition to Revoke Supervised Release. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Mandatory | DWI | 07/31/2005 | C |
| 2 | Standard | Use of Alcohol | 06/25/2005 | C |
| 4 | Standard | False Statements | 06/25/2005 | C |
| 5 | Mandatory | Controlled Substance | 08/04/2005 | A |

The court concludes that the conditions of supervision set forth in the court's original judgment are subject to revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 3 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

MAY 8, 2006
Date of Disposition Hearing

REDACTED SIGNATURE
Signature of Judicial Officer
JAMES K. SINGLETON, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

5/11/06
Date

Certified to be a true and correct copy of original filed in my office.
Dated 5-12-06

redacted signature

AO245.REV

Defendant: CONNOR P. KIMBRELL    Amended Judgment--Page 2 of 3
Case No.: 3:00-CR-00143-JKS

**IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION**

Defendant's supervised release having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 21 Months, with no Term of Supervision to Follow.

[x]  The court makes the following recommendations to the Bureau of Prisons:
Court STRONGLY recommends that the defendant serve his time at the facility located in Sheridan, Oregon
Court STRONGLY recommends that the defendant participate in the 500 hour Drug Treatment Program.

[X]  The defendant is remanded to the custody of the United States Marshal.

[_]  The defendant shall surrender to the United States Marshal for this district,
     [_] at _____ a.m. p.m. on _____.
[_]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
     [_]  before 2 p.m. on _____.
     [_]  as notified by the United States Marshal.
     [_]  as notified by the probation office.

**RETURN**

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on 7-12-06 to FCI, Sheridan at Sheridan, Oregon, with a certified copy of this judgment.

Charles A. Daniels, Warden
~~United States Marshal~~
By _____, AUSM
~~Deputy Marshal~~

A0245.REV

Defendant: CONNOR P. KIMBRELL          Amended Judgment--Page 3 of 3
Case No.:  3:00-CR-00143-JKS

### PROBATION/SUPERVISED RELEASE (MODIFIED)

Defendant's supervised release is Revoked with no term of supervision to follow.

The term of supervision is not [_] is[_] extended as follows:

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV